UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/08

DEBORAH GRAHAM, et al., :

            Plaintiffs, :   05 Civ. 7413 (TPG)

    - against - :   **OPINION**

JOHN MATTINGLY, et al., :

           Defendants. :
------------------------------x

    Following a jury trial and verdict, plaintiffs move for judgment as a matter of law, or in the alternative, for a new trial. They also move for reconsideration of certain rulings by the court.

    The court is of the view that plaintiffs received a fair trial, that the issues were properly submitted to the jury, and that the jury's verdict is supported by the evidence. The court also adheres to the legal rulings now questioned by plaintiffs.

    Plaintiffs' motion is denied in all respects.

    SO ORDERED.

Dated:   New York, New York
         September 29, 2008

                                      _/s/ Thomas P. Griesa_
                                        THOMAS P. GRIESA
                                        U.S.D.J.